AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 SEP -5 PM 2: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES OF AMERICA

v.

IAN MICHAEL MAHON(1)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 05CR1408-J

Robert L Grimes
Defendant's Attorney

**REGISTRATION NO.** 94355198

☐
THE DEFENDANT:
☒ pleaded guilty to count(s)   ONE AND TWO OF THE SUPERSEDING INFORMATION
☐ was found guilty on count(s) _____
   after a plea of not guilty.
   Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 846, 841(a)(1) | CONSPIRACY TO MANUFACTURE MARIJUANA PLANTS | S1 |
| 18 USC 1956(a)(1) and (h) | CONSPIRACY TO LAUNDER MONEY | S2 |

   The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) __UNDERLYING INFORMATION__ is ☒ are ☐ dismissed on the motion of the United States.
☒ Assessment: $200.00 ($100 as to each counts 1 &2)
☒ Fine waived                    ☒ Property forfeited pursuant to order filed __03/07/06__, included herein.

   IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

AUGUST 22, 2006
Date of Imposition of Sentence

_(signature)_
HON. NAPOLEON A. JONES, JR.
UNITED STATES DISTRICT JUDGE

Entered Date:

05CR1408-J

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: IAN MICHAEL MAHON(1)
CASE NUMBER: 05CR1408-J

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

TWENTY-FOUR(24) MONTHS AS TO EACH COUNTS 1 & 2 TO SERVE CONCURRENT

[x] The court makes the following recommendations to the Bureau of Prisons:

- Defendant participate in the 500 hours drug treatment program
- Defendant be placed in a Southern District of California facility to allow for family visitation

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

   [ ] at _____ [ ] a.m. [ ] p.m. on _____ .

   as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [x] before  10/2/06 at 8:00am or before this court

   [ ] as notified by the United States Marshal.

   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL

05CR1408-J

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
         Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

DEFENDANT: IAN MICHAEL MAHON(1)
CASE NUMBER: 05CR1408-J

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
FIVE(5) YEARS AS TO COUNT 1 AND THREE(3) YEARS AS TO COUNT 2 TO SERVE CONCURRENT TO COUNT 1

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.
The defendant shall not illegally possess a controlled substance.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).
*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than ____4____ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

05CR1408-J

AO 245B     (Rev. 9/00) Judgment in a Criminal Case
             Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT: IAN MICHAEL MAHON(1)
CASE NUMBER: 05CR1408-J

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[x] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[x] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[ ] Comply with the conditions of the Home Confinement Program for a period of _____ months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

[x] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

05CR1408-J

```
                    FILED
                 06 MAR -7 AM 9: 11
                 CLERK U.S. DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA

                                BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IAN MICHAEL MAHON (1), ) <br> ) <br> Defendant. ) | Case No. 05cr1408-J <br><br> THIRD AMENDED ORDER OF CRIMINAL FORFEITURE |

On September 26, 2005, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of IAN MICHAEL MAHON (1) ("Defendant") in the properties listed in the Forfeiture Allegation of the Superseding Information. The properties remaining to be forfeited are:

(1) Ian Michael Mahon's property located at **6079 Paseo Carreta, Carlsbad, California** (APN 221-860-11-00), more particularly described as:

LOT 167 OF CARLSBAD TRACT NO. 97-03, RANCHO CARRILLO VILLAGES "E" AND "F", IN THE CITY OF CARLSBAD, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 13833, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, AUGUST 10, 1999;

(2) Ian Michael Mahon's property located **at 10938 Pala Loma Drive, Valley Center, California** (APN 128-093-20-00), more particularly described as:

DESIGNATED REMAINDER PARCEL OF PARCEL MAP NO. 16782, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 20, 1992 AND CORRECTED BY A

CERTIFICATE OF CORRECTION, RECORDED JULY 11, 1997 AS FILE NO. 1997-327134 OF OFFICIAL RECORDS;

(3) Ian Michael Mahon's property located at **10935 Pala Loma Drive, Valley Center, California** (APN 128-093-08-00), more particularly described as:

THAT PORTION OF PARCEL 17 AS SHOWN ON RECORD OF SURVEY MAP NO. 4234, FILED IN THE OFFICE OF THE RECORDER OF SAN DIEGO COUNTY, MARCH 25, 1957, SAID RECORD OF SURVEY MAP NO. 4234 BEING A SURVEY OF PORTIONS OF SECTION 9, TOWNSHIP 10 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT SURVEY, APPROVED JUNE 30, 1875;

(4) **$100,059.29,** obtained from Bank of America checking account (xxxx6711) held in the name of Ian Michael Mahon located at Bank of America (currently in possession of the United States pursuant to a seizure warrant); and

(5) **$103,538.52** cash payment for two parcels of land on **Pala Loma, Valley Center** [APN 128-093-18-00 and 128-093-19-00].

On January 6, 13 and 20, 2006, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On October 31, 2005, Notice of Order of Forfeiture was sent by certified mail to all known lienholders of the real properties. The lienholders are being recognized in this forfeiture matter, as follows:

| | |
|---|---|
| For **6079 Paseo Carreta, Carlsbad, CA** | Countrywide Home Loans |
| For **10938 Pala Loma Drive, Valley Center CA** | Washington Mutual Bank |
| For **10935 Pala Loma Drive, Valley Center, Ca** | Temecula Valley Bank, N.A. |

(collectively, "the lienholders.")

The First and Second Amended Orders filed in this case on November 30, 2005 and December 6, 2005, respectively, recognized the validity and priority of the interests of Washington Mutual Bank and Temecula Valley Bank in the two Pala Loma Drive properties. The instant Third

1  Amended Order includes the recognition of the validity and priority of Countrywide Home Loans
2  in the Paseo Carreta property.
3      Thirty (30) days have passed following the final date of notice by publication and notice
4  by certified mail, and no third party has made a claim to or declared any interest in the forfeited
5  properties described above except the lienholders.
6      Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result
7  of the failure of any third party to come forward or file a petition for relief from forfeiture as
8  provided by law, all right, title and interest of IAN MICHAEL MAHON (1) and any and all third
9  parties except lienholders Countrywide Home Loans, Washington Mutual Bank, and Temecula
10  Valley Bank, N.A., in the following properties are hereby condemned, forfeited and vested in the
11  United States of America:

12      (1)    Ian Michael Mahon's property located at **6079 Paseo Carreta, Carlsbad, California** (APN 221-860-11-00), more particularly described as:

LOT 167 OF CARLSBAD TRACT NO. 97-03, RANCHO CARRILLO VILLAGES "E" AND "F", IN THE CITY OF CARLSBAD, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 13833, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, AUGUST 10, 1999;

    (2)    Ian Michael Mahon's property located **at 10938 Pala Loma Drive, Valley Center, California** (APN 128-093-20-00), more particularly described as:

DESIGNATED REMAINDER PARCEL OF PARCEL MAP NO. 16782, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 20, 1992 AND CORRECTED BY A CERTIFICATE OF CORRECTION, RECORDED JULY 11, 1997 AS FILE NO. 1997-327134 OF OFFICIAL RECORDS;

    (3)    Ian Michael Mahon's property located at **10935 Pala Loma Drive, Valley Center, California** (APN 128-093-08-00), more particularly described as:

THAT PORTION OF PARCEL 17 AS SHOWN ON RECORD OF SURVEY MAP NO. 4234, FILED IN THE OFFICE OF THE RECORDER OF SAN DIEGO COUNTY, MARCH 25, 1957, SAID RECORD OF SURVEY MAP NO. 4234 BEING A SURVEY OF PORTIONS OF SECTION 9, TOWNSHIP 10 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT SURVEY, APPROVED JUNE 30, 1875;

27  ///
28  ///

(4)     $100,059.29, obtained from Bank of America checking account (xxxx6711) held in the name of Ian Michael Mahon located at Bank of America (currently in possession of the United States pursuant to a seizure warrant); and

(5)     **$103,538.52** cash payment for two parcels of land on **Pala Loma, Valley Center** [APN 128-093-18-00 and 128-093-19-00].

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the Drug Enforcement Administration and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited properties according to law.

IT IS FURTHER ORDERED that the Clerk is directed to send copies of this Order to all counsel of record and the United States Marshal.

DATED: 3-6-06

_____
NAPOLEON A. JONES, JR., Judge
United States District Court

Submitted by:

CAROL C. LAM
United States Attorney

_____
SHERRI WALKER HOBSON
Assistant U. S. Attorney

Third Amended Order of Criminal Forfeiture
United States v. IAN MICHAEL MAHON (1)
Case No. 05cr1408-J